*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015               518317
_____

THE PEOPLE OF THE STATE OF
    NEW YORK ex rel. CHARLES
    E. WASHINGTON,
                        Appellant,

        v                                  MEMORANDUM AND ORDER

PATRICK GRIFFIN, as
    Superintendent of Sullivan
    Correctional Facility,
    et al.,
                        Respondents.
_____

Calendar Date:   December 2, 2014

Before:   Peters, P.J., Lahtinen, Rose and Egan Jr., JJ.

                    _____


        Charles E. Washington, Fallsburg, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Andrew B.
Ayers of counsel), for respondents.

                    _____


        Appeal from a judgment of the Supreme Court (LaBuda, J.),
entered December 9, 2013 in Sullivan County, which, among other
things, denied petitioner's application for a writ of habeas
corpus, in a proceeding pursuant to CPLR article 70, without a
hearing.

        Judgment affirmed.  No opinion.

        Peters, P.J., Lahtinen, Rose and Egan Jr., JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court